UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MOSES SCHWARTZ, *et al.*,

                            Plaintiffs,                     **SCHEDULING ORDER**

             -against-                      22 Civ. 9228 (VB) (AEK)

TOWN OF CRAWFORD, *et al.*,

                            Defendants.
------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial supervision.  ECF No. 34.  Additionally, the Court has reviewed Plaintiffs' November 20, 2023 letter requesting a pre-motion conference regarding a motion to compel discovery from two non-parties, Suzanne Schubert and David Sill.  ECF No. 31.

        A conference before Magistrate Judge Krause is hereby scheduled for **Tuesday, December 19, 2023 at 11:30 a.m.**  The conference will take place in Courtroom 250 at the Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.  During the December 19, 2023 conference, the Court will hear argument about the subpoena issue discussed in Plaintiffs' November 20, 2023 letter, and will also cover topics related to the progress of discovery more broadly.  **Accordingly, either counsel for Ms. Schubert and Mr. Sill, or Ms. Schubert and Mr. Sill themselves, are required to attend the December 19, 2023 conference, along with counsel for all parties.**

        Prior to the conference, Ms. Schubert and Mr. Sill are required to respond to Plaintiffs' November 20, 2023 letter (ECF No. 31).  **By December 8, 2023, Ms. Schubert and Mr. Sill must submit a letter to the Court, not to exceed five single-spaced pages, responding to**

**Plaintiffs' letter.**  If Ms. Schubert and Mr. Sill are not represented by counsel and therefore cannot file their letter using the Court's Electronic Case Filing ("ECF") system, their response may be submitted by email to KrauseNYSDChambers@nysd.uscourts.gov, or by U.S. mail to the following address:

> Honorable Andrew E. Krause
> United States Magistrate Judge
> The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
> 300 Quarropas Street
> White Plains, New York  10601.

Defendants are required to submit either a substantive response to the November 20, 2023 letter, or a letter stating that they take no position with respect to the subpoena issue.  Defendants' submission is due by December 8, 2023 as well, and must be submitted via ECF; Defendants must also send a copy of their response by U.S. mail and by email to Ms. Schubert and Mr. Sill.

By December 1, 2023, Plaintiffs' counsel must serve a copy of this order on Ms. Schubert and Mr. Sill, and file proof of service on the docket.  Additionally, Plaintiffs' counsel is hereby directed to provide the Court with a paper courtesy copy of the filing at ECF No. 31 by December 1, 2023.

Dated:  November 27, 2023
       White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge