UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MOSES SCHWARTZ, *et al.*,

                      Plaintiffs,

     -against-

THE TOWN OF CRAWFORD, *et al.*,

                      Defendants.
-------------------------------------------------------x

**ORDER**

22 Civ. 9228 (VB) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     As discussed at the January 17, 2024 conference, there are various outstanding discovery issues between the parties, and between plaintiffs and the non-party subpoena recipients, that are still in the process of being resolved. Given the current state of progress as to these issues, it is clear that the current discovery deadlines will have to be extended. Accordingly, the upcoming deadlines set forth in paragraphs 5, 6, 8, and 16 of the Second Revised Civil Case Discovery Plan and Scheduling Order, ECF No. 30, are vacated.

     The court will set new discovery deadlines at the February 16, 2024 conference.

Dated: January 17, 2024
       White Plains, New York

                                                  SO ORDERED.

                                                  */s/ Andrew Krause*
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge