

David B. Gubits**
Donald G. Nichol**
J. Benjamin Gailey
John C. Cappello
George W. Lithco**
Michele L. Babcock
Gary M. Schuster
Kara J. Cavallo
Kelly A. Pressler
Michele P. Ellerin*
Jessica M. Mahoney
Michael Wagner*
Cynthia J. Hand
Lauren E. Scott
Rebecca C. Johnson
Rachel J. Rosenwasser
Krystle N. Butcher
Alexander G. Main**
Elisha Rapp

*Also admitted in NJ
**OF COUNSEL

**REPLY TO:**
**158 Orange Avenue**
**P.O. Box 367**
**Walden, NY 12586**
**tel. (845) 778-2121**
**fax (845) 778-5173**

548 Broadway
Monticello, NY 12701
tel. (845) 791-1765
fax (845) 794-9781

JGLAW.LAW

February 5, 2024

Hon. Vincent L. Briccetti
United States Judge
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

    RE:    Schwartz, et al v. Town of Crawford, et al
              SDNY Case No.: 7:22-cv-09228
              Our File No.: 647-40K

Dear Judge Briccetti:

    This firm represents Defendants in the above referenced proceeding.

    I am in receipt of the letter to the Court from Jennifer Thomas Yetto, Esq. dated February 4, 2024, and write in response.

    Opposing counsel incorrectly states that Defendants have not provided a basis for their motion to dismiss, despite acknowledging the fact that Defendants moved pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). As plainly stated in our moving papers, we seek to dismiss Plaintiffs' Complaint for want of subject-matter jurisdiction and because Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

    Opposing counsel's point that the undersigned considered moving to dismiss for Plaintiffs' failure to join a necessary party (Town of Crawford NOW) is irrelevant. This is an adversarial proceeding and Defendants have no obligation to share their case or trial strategy, prior to submitting written moving papers. Further, the fact that Defendants have made "no mention" of the motion to dismiss since the December 19, 2023, conference in front of Judge Krause is of no consequence. Defendants researched Your Honor's Individual Practices which require advanced notice by way of letter-motion to the Court should a party wish to make a discovery or summary judgment motion, but do not require a pre-

-SL

J&G Law, LLP  
Our File No.: 647-40K

February 5, 2024  
Page -2-

motion conference for other substantive motions, such as Defendants' motion to dismiss. *Individual Practices of Judge Vincent L. Briccetti*, Rule 2(B)(iii)

      Plaintiffs' contention that Defendant's motion to dismiss is untimely is misplaced. This Court maintains discretion to hear this motion, especially when foundational issues such as subject-matter jurisdiction, which cannot be presumed and should be examined when "fairly in doubt" – as noted in Defendants' motion to dismiss – are always ripe for questioning, regardless of the stage of a proceeding. While dismayed with the speed at which this case has progressed, Judge Krause acknowledged that subject-matter jurisdiction is "an issue that's appropriate for consideration at every stage." Exhibit "A" to letter of Jennifer Thomas Yetto, Esq., February 4, 2024, 45:17-19

      Concerning the timing of the Motion to Dismiss, the Notice of Motion lists the correct return date of February 23, 2024. The listing of Plaintiff's response date as February 9, 2024, was made in error in the ECF system when it should have listed February 16, 2024, as the response date. Separately, Defendants are amenable to a briefing schedule for this motion, as agreed-upon by all parties and this Court.

      Following the December 19, 2023, and January 17, 2024, conferences in front of Judge Krause, Defendants have diligently worked toward providing more fulsome responses to Plaintiffs' discovery demands. Defendants are continuing to comply with the discovery directives of this Court, in anticipation of the conference in front of Judge Krause on February 16, 2024, at which time many outstanding discovery issues should be resolved or refined in scope.

      In light of the filing of Defendant's Motion to Dismiss the undersigned respectfully requests a stay of discovery in this case until the Court has issued a Decision and Order on Defendants' Motion to Dismiss.

      Thank you for your consideration.

Very truly yours,

*Lauren E. Scott*

Lauren E. Scott

LES/sl

-SL