

David B. Gubits**
Donald G. Nichol**
J. Benjamin Gailey
John C. Cappello
George W. Lithco**
Michele L. Babcock
Gary M. Schuster
Kara J. Cavallo
Kelly A. Pressler
Michele P. Ellerin*
Jessica M. Mahoney
Michael Wagner*
Cynthia J. Hand
Lauren E. Scott
Rebecca C. Johnson
Rachel J. Rosenwasser
Krystle N. Butcher
Alexander G. Main**
Elisha Rapp

*Also admitted in NJ
**OF COUNSEL

**REPLY TO:**
**158 Orange Avenue**
**P.O. Box 367**
**Walden, NY 12586**
**tel. (845) 778-2121**
**fax (845) 778-5173**

548 Broadway
Monticello, NY 12701
tel. (845) 791-1765
fax (845) 794-9781

JGLAW.LAW

February 9, 2024

**VIA PACER**
Hon. Vincent L. Briccetti
United States Judge
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

      RE:    Schwartz, et al v. Town of Crawford, et al
               SDNY Case No.: 7:22-cv-09228
               Our File No.: 647-40K

Dear Judge Briccetti:

      In light of the Court's Text Only Order (Document #57) dated February 5, 2024, Defendants hereby withdraw their Motion to Dismiss (Document # 54) and will convert same to a Motion for Summary Judgment at the appropriate time.

      Thank you.

Very truly yours,

Kelly A. Pressler, Esq.

cc:    All Counsel   **VIA PACER**